IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-117-6-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SCOTT B. HOLLENBECK | ) | |

This matter is before the court on defendant's motion for appointment of counsel in connection with the government's Rule 35 motion. For good cause shown, the motion is ALLOWED, and C. Scott Holmes is hereby appointed to represent defendant. This appointment shall be effective beginning 23 January 2009. By so ruling, the court is not implicitly approving any fee request that counsel might submit which exceeds the statutory maximum for this type of representation. Counsel is DIRECTED to attach a copy of this order to any CJA fee request he submits. The motion to seal the motion for appointment of counsel is DENIED.

This 1 March 2011.

_____
W. Earl Britt
Senior U.S. District Judge