UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-00117-6BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT B. HOLLENBECK | ) | |

This matter is before the court on the Government's Unopposed Motion to Unseal the Transcript of the February 2, 2009 Hearing. For the reasons stated in that motion, the motion is GRANTED.

This 6 November 2015.

_____
W. Earl Britt
Senior U.S. District Judge

1